**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RENIL ESCOBARRIVERA (#573215)**                 **CIVIL ACTION NO.**

**VERSUS**                                                                 **19-498-BAJ-EWD**

**DARRELL VANNOY, ET AL.**

**ORDER**

Before the Court is a Motion to Compel ("Motion"),[1] filed Renil Escobarrievera ("Plaintiff"). The Motion requests this Court order Defendants to produce discovery consistent with a previous Order[2] which required Defendants to make initial disclosures. Pursuant to the October 17, 2019 Order,[3] Defendants were required to provide to Plaintiff, within 20 days of their first appearance or within 30 days after service of the summons and complaint if no appearance was made, the following: "all medical records, administrative remedy proceedings, unusual occurrence reports and all other documents pertinent to the issues in this case."[4] The Order further provides that "if the plaintiff is not in receipt of these documents within the prescribed time, the plaintiff may file with the Court a motion to compel responses."[5]

Defendants made their first appearance in this matter via a Motion to Dismiss filed on January 7, 2020,[6] and no stay order has been issued in this case.[7] Accordingly,

---

[1] R. Doc. 23.
[2] R. Doc. 6.
[3] R. Doc. 6.
[4] R. Doc. 6, p. 1.
[5] R. Doc. 6, p. 1. The Motion represents that Plaintiff sent correspondence to Defendants on or about February 14, 2020 requesting that Defendants comply with the October 17, 2019 Order but Defendants did not respond to the correspondence. The Motion does not have a separately captioned memo, as required by the October 17, 2019 Order.
[6] R. Doc. 13.
[7] Defendants have not requested a stay. Plaintiff filed a Notice of Appeal (R. Doc. 14) and Motion for Stay (R. Doc. 15) on January 13, 2020. The Notice of Appeal was treated by the Court as a request to certify an interlocutory appeal. The request to certify and the motion to stay were denied on February 19, 2020. R. Doc. 20. Even if these pending motions by Plaintiff were the basis of Defendants failure to comply with the October 17, 2019 Order, more than 20 days have passed since the Court ruled, denying these motions.

**IT IS ORDERED** that the Motion to Compel,[8] filed by Plaintiff Rene Escobarrivera, is **GRANTED** for good cause and Defendants are required to provide initial discovery as outlined in the Court's October 17, 2019 Order[9] to Plaintiff by no later than **April 21, 2020**.

Signed in Baton Rouge, Louisiana, on April 7, 2020.

*Erin Wilder-Doomes*
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[8] R. Doc. 23.
[9] R. Doc. 6.